# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ELIZABETH RUTH CANADY

VERSUS

HOPE THERAPY AND CONSULTING
SERVICES, INC., STATE FARM
FIRE AND CASUALTY COMPANY,
HOME INSTEAD SENIOR CARE
FOUNDATION, AND XYZ
INSURANCE COMPANY

NO.   2024 CW 0898

**NOVEMBER 18, 2024**

---

In Re:   Tangi Cares, LLC d/b/a Home Instead Senior Care,
applying for supervisory writs, 19th Judicial District
Court, Parish of East Baton Rouge, No. 703706.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT NOT CONSIDERED.** This writ application failed to comply
with Rule 4-5 of the Uniform Rules of Louisiana Courts of Appeal,
as it failed to include a copy of the pleading on which the ruling
was founded and a copy of any opposition and any attachments
thereto.   In addition, the writ application further failed to
comply with Rule 4-5, as it failed to provide the corresponding
page numbers for all attachments.

   Supplementation   of   this   writ   application   and/or   an
application for rehearing will not be considered. Uniform Rules of
Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

   In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation, including
the missing items noted herein and documentation to show that the
original writ application was timely, and must comply with Uniform
Rules of Louisiana Courts of Appeal, Rule 2-12.2.   Any new
application must be filed on or before December 3, 2024, and must
contain a copy of this ruling.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT